IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOEL SCOTT FLAKES,

    Plaintiff,

v.

Case No. 17-cv-237-wmc

KEVIN CARR, EDWARD WALL, CATHY JESS, JIM SCHWOCHERT, A. BOATWRIGHT, REED RICHARDSON, MARIO CANZIANI, K. JOHNSON, PAULA STOUDT, DR. J. HANNULA, and HOLLY KITCHELL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 7/16/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |